IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| UNITED STATES OF AMERICA, | § | |
|---|---|---|
| | § | |
| V. | § | Cr. No. C-99-372 (7) |
| | § | |
| YESENIA LEAL. | § | |

**ORDER GRANTING MOTION TO WITHDRAW
MOTION TO PROCEED *IN FORMA PAUPERIS***

On March 11, 2008, Appellant Yesenia Leal filed a motion seeking leave to proceed on appeal *in forma pauperis* ("*ifp*"). (D.E. 206.) By order entered March 18, 2008, the undersigned directed that Leal submit additional financial information to the Court concerning her prison trust fund account so that her *ifp* motion could be addressed. (D.E. 208.)

On April 7, 2008, Leal filed a motion titled as a "Motion for Voluntary Dismissal of Motion for Leave to Proceed in Form Of [sic] Pauperis." (D.E. 209.) In it, she explains that her family intends to pay the appellate filing fee and thus states that she no longer needs to proceed *ifp*. (D.E. 209.) She thus asks that her *ifp* motion be dismissed.

Leal's motion for voluntary dismissal (D.E. 209) is hereby GRANTED. Her motion to proceed *in forma pauperis* (D.E. 206) is deemed withdrawn.

It is ORDERED this 8th day of April, 2008.

_____
B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE

1